IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:24-00078-KD-MU |
| | ) |
| **MOHSIN SEEHAR,** | ) |
| aka Muhammad Mohsin Iqbal. | ) |
| aka Mike Seehar, | ) |
|     Defendant. | ) |

**REPORT AND RECOMMENDATION**
**CONCERNING PLEA OF GUILTY**

The Defendant, **MOHSIN SEEHAR, aka MUHAMMAD MOHSIN IQBAL, aka MIKE SEEHAR**, by consent appeared along with his counsels of record, Neil Stewart Hanley and Thomas J. Spina, before the undersigned Magistrate Judge on August 26, 2025, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. Defendant entered a plea of guilty to Count One of the Information, charging a violation of Title 18, United States Code, Section 371(a), Conspiracy to commit offense or to defraud United States.

After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the undersigned has determined that the guilty plea was made knowingly and voluntarily and that the offense charged in the Information is supported by an independent basis in fact as to each of the essential elements of such offense. The undersigned Magistrate Judge therefore **RECOMMENDS** that the plea of guilty be accepted and that the Defendant, **MOHSIN SEEHAR**, be adjudged guilty and have sentence imposed accordingly.

Defendant's sentencing hearing before United States District Judge Kristi K. DuBose is set for **March 6, 2026, at 9:00 A.M. (Central)**, pending the adoption of this Report and Recommendation.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any un-objected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.

**DONE** this the 26th Day of August 2025.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**