# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL NO.: 1:24-00078-KD |
| | ) |
| MOHSIN SEEHAR | ) |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Katherine P. Nelson and without any objection having been filed by the parties, the plea of guilty of the Defendant **MOHSIN SEEHAR**, to Count One of the Information is now accepted and the Defendant is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **March 6, 2026, at 9:00 a.m. (Central) in Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama  36602.

**DONE and ORDERED** this the **12th day** of **September, 2025**.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

1